JANET M. HEROLD, Regional Solicitor
SUSAN SELETSKY, Chief Counsel for FLSA Litigation
BENJAMIN R. BOTTS (CSBN 274542)
JESSICA M. FLORES (CSBN 294060)
Trial Attorneys
UNITED STATES DEPARTMENT OF LABOR
Office of the Solicitor
90 Seventh Street, Suite 3-700
San Francisco, CA 94103
Telephone (415) 625-7748
Fax (415) 625-7772
Flores.Jessica@dol.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| THOMAS E. PEREZ, Secretary of Labor, United States Department of Labor,<br><br>Plaintiff,<br><br>v.<br><br>VALLEY GARLIC, INC., dba SEQUOIA PACKING CO., a California corporation; CHRISTIAN BARRERE MARRIONE, an individual; DAVID CLARK ANDERSON, an individual; X-TREME AG LABOR, INC., a California corporation; ISABELLA ALVAREZ CAMACHO, an individual; OFELIA RAMIREZ MORALES, an individual; and CESAR NERI, an individual,<br><br>Defendants. | Case No. 1:16-CV-01156-AWI-EPG<br><br>**ORDER GRANTING CONTINUANCE OF HEARING** |

1  This matter came before the Court on September 2, 2016 on a Stipulated Request for
2  Continuance of the Hearing on Preliminary Injunction, Docket No. 7.
3  A continuance is hereby GRANTED and the Preliminary Injunction hearing currently set
4  for September 12, 2016 to October 3, 2016 at 1:30p.m.

IT IS SO ORDERED.

Dated:   September 2, 2016          _____
SENIOR  DISTRICT  JUDGE

ORDER GRANTING CONTINUANCE OF HEARING                                                    PAGE 2
CASE NO. 1:16-CV-01156-AWI-EPG