# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| R. ALEXANDER ACOSTA, Secretary of Labor, United States Department of Labor, | )<br>) Case No. 1:16-CV-01156-AWI-EPG<br>) |
| Plaintiff, | )<br>) |
| v. | ) **ORDER**<br>) |
| VALLEY GARLIC, INC., dba SEQUOIA PACKING CO., a California corporation; CHRISTIAN BARRERE MARRIONE, an individual; DAVID CLARK ANDERSON, an individual; X-TREME AG LABOR, INC., a California corporation; ISABELLA ALVAREZ CAMACHO, an individual; OFELIA RAMIREZ MORALES, an individual; and CESAR NERI, an individual, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>)<br>) |

The Court having considered the Parties' Stipulations (Dkts. 62 and 65), information presented at the Status Conference held on August 7, 2017, and good cause appearing, the Court ORDERS and continues the deadlines in this case (Dkt. 36) as follows:

| Action | Revised Deadline |
|---|---|
| Non-expert Discovery Cutoff | December 22, 2017 |
| Expert Disclosure | January 22, 2018 |

| Action | Revised Deadline |
|---|---|
| Rebuttal Expert Disclosure | February 21, 2018 |
| Expert Discovery Cutoff | March 23, 2018 |
| Dispositive Motion Filing Deadline | May 7, 2018 |
| Pretrial Conference | September 5, 2018 at 10:00 a.m. |
| Trial (5-day estimate) | November 6, 2018, at 8:30 a.m. |

IT IS SO ORDERED.

Dated: __**August 15, 2017**__

/s/ Erica P. Grosjean

UNITED STATES MAGISTRATE JUDGE