UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| R. ALEXANDER ACOSTA,<br>Secretary of Labor,<br>United States Department of Labor,<br><br>    Plaintiff,<br><br>    v.<br><br>VALLEY GARLIC, INC., dba SEQUOIA<br>PACKING CO., a California corporation;<br>CHRISTIAN BARRERE MARRIONE, an<br>individual; DAVID CLARK ANDERSON, an<br>individual; X-TREME AG LABOR, INC., a<br>California corporation; ISABELLA<br>ALVAREZ CAMACHO, an individual;<br>OFELIA RAMIREZ MORALES, an<br>individual; and CESAR NERI, an individual,<br><br>    Defendants. | Case No. 1:16-CV-01156-AWI-EPG<br><br>**CONSENT JUDGMENT AND ORDER as to DEFENDANTS X-TREME AG LABOR, INC. and ISABELLA ALVAREZ CAMACHO** |

1

Plaintiff R. Alexander Acosta, United States Secretary of Labor, and Settling Defendants X-Treme Ag Labor, Inc. and Isabella Alvarez Camacho (collectively, "Settling Parties") have agreed to resolve the disputes between them in this civil action and consent to the entry of this Consent Judgment as provided below. This Consent Judgment does not resolve the ongoing litigation in this case between the Secretary and Defendants Valley Garlic, Inc. dba Sequoia Packing Co., Christian B. Marrione and David C. Anderson.

I.    **STATEMENT BY THE PARTIES:**

A.    On August 5, 2016, the Secretary filed a complaint alleging that all Defendants violated the Fair Labor Standards Act of 1938 (FLSA) and the Migrant and Seasonal Agricultural Worker Protection Act (MSPA). *See* Dkt. 1.

B.    The Settling Parties waive Findings of Fact and Conclusions of Law.

C.    X-Treme Ag and Camacho admit that the Court has jurisdiction over the parties and subject matter of this civil action and that venue lies in the United States District Court for the Eastern District of California.

D.    X-Treme Ag and Camacho acknowledge that they and any individual, agent, or entity acting on their behalf or at their direction have notice of, and understand, the provisions of this Consent Judgment.

E.    The Settling Parties agree to resolve all allegations and liability between them related to the events specified in the Secretary's Complaint. This Consent Judgment only resolves the liability of X-Treme Ag and Camacho and does not resolve any potential liability of other employers.

F.    X-Treme Ag and Camacho agree to the entry of this Consent Judgment without contest.

G.    X-Treme Ag and Camacho admit they violated the following provisions of MSPA and its implementing regulations:

1.    MSPA § 401(b)(1)(A)-(B), 29 U.S.C. §§ 1842(b)(1)(A)-(B) and 29 C.F.R. §§ 500.100(a) and 500.104 by using or causing to be used vehicles for the

transportation of migrant and seasonal agricultural workers while failing to:

    (a) Ensure that each driver providing transportation to migrant and seasonal agricultural workers had a valid and appropriate driver's license; and

    (b) Ensure that motor vehicles used to transport migrant or seasonal agricultural workers conformed to MSPA's vehicle safety standards;

2. MSPA §§ 202(a) and 302(a), 29 U.S.C. §§ 1822(a) and 1832(a), and 29 C.F.R. § 500.81, by failing to pay, when due, all wages owed to migrant and seasonal agricultural workers whom they employed, specifically:

    (a) By failing to pay their migrant and seasonal agricultural worker-drivers for compensable time they spent driving other employees to and from Valley Garlic worksites;

    (b) By failing to pay migrant and seasonal agricultural workers for time spent attending required safety meetings;

    (c) By failing to pay employees paid by the piece the promised hourly rate when their piece rate earnings fell below the promised rate; and

    (d) Acting through the crew leaders, requiring their migrant and seasonal agricultural workers to kick back part of their daily wages for transportation to and from the worksite, in violation of MSPA §§ 202(b) and 302(b), 29 U.S.C. §§ 1822(b) and 1832(b);

3. MSPA §§ 201(d)(1) and 301(c)(1), 29 U.S.C. §§ 1821(d)(1) and 1831(c)(1), and 29 C.F.R. § 500.80 by failing, with respect to each migrant and seasonal agricultural worker employed, to make, keep and preserve records of the worker's payroll, address and social security information;

4. MSPA §§ 201(a) and (g), 29 U.S.C. §§ 1821(a) and (g) and 29 C.F.R. §§ 500.60(b), .75(b) and .78 by failing to disclose to each migrant agricultural worker, in writing in a language common to the worker, at the time of

recruitment, the terms and conditions of employment;

5. MSPA §§ 201(e) and 301(d), 29 U.S.C. §§ 1821(e) and 1831(d), and 29 C.F.R. § 500.60(a) by failing to provide to Defendant Valley Garlic, copies of the payroll records required to be retained under MSPA §§ 201(d) and 301(c), 29 U.S.C. §§ 1821(d) and 1831(c).

6. MSPA § 101(a), 29 U.S.C. § 1811(a), and 29 C.F.R. §§ 500.40 and 500.41 by providing, or causing to be provided, transportation to migrant and seasonal agricultural workers without a valid Certificate of Registration from the Secretary authorizing transportation services; and

7. MSPA §101(b), 29 U.S.C. § 1811(b), by hiring, using, and employing crew leaders to perform FLC activities, including recruiting, soliciting, hiring, and transporting migrant and seasonal agricultural workers, without an FLC or FLC employee Certificate of Registration from the Secretary authorizing those FLC activities.

H.   X-Treme Ag and Camacho admit they violated the following provisions of the FLSA:

1. The FLSA's minimum wage provisions, 29 U.S.C. §§ 206 and 215(a)(2), when they failed to pay their migrant and seasonal agricultural worker-drivers for compensable time they spent driving other employees to and from Valley Garlic worksites; failed to pay migrant and seasonal agricultural workers for time spent attending required safety meetings; and failed to pay their employees' wages "free and clear" when their migrant and seasonal agricultural workers had to kick back part of their daily wages for transportation to and from the worksite; and

2. The FLSA's recordkeeping provisions, 29 U.S.C. §§ 211 and 215(a)(5), and 29 C.F.R. § 516.2, when they failed to, among other things to: keep records of all employees; record daily hours worked by all employees; record the

compensable time employees spent driving other employees to and from Valley Garlic worksites; record the time migrant and seasonal agricultural workers spent attending required safety meetings; and record the deductions of taken from employees' pay for daily transport.

I.  X-Treme Ag and Camacho also admit the following facts:

1.  Defendant Camacho operated Defendant X-Treme Ag.  Jose (also known as Joe) Zepeda was a Field Supervisor for X-Treme Ag for as long as the company was operating.  Samuel (also known as Sam) Chavez was the H R Director/Safety Coordinator for X-Treme Ag for as long as the company was operating.  As part of their daily duties, Zepeda and Chavez worked in Valley Garlic's and other growers' fields.  On behalf of X-Treme Ag, Camacho and Zepeda entered into contract for Farm Labor Services with Valley Garlic.  On behalf of X-Treme Ag, Chavez conducted safety meetings for workers employed by at Valley Garlic field locations.

2.  From about May 28, 2014 to about November 30, 2015, X-Treme Ag provided Farm Labor Contractor Services to Defendant Valley Garlic, Inc. During this period, X-Treme Ag received direction from Valley Garlic regarding when and where X-Treme Ag employees worked and what work X-Treme Ag employees performed.  Settling Defendants paid their employees for the work they performed for Valley Garlic based on Valley Garlic's contract for Farm Labor Services.  Specifically, Valley Garlic set Settling Defendants' rates of pay, the manner employees were paid by Settling Defendants (such as daily rates, hourly rates, or piece-rate), and rates and manner of pay for Settling Defendants' specific job positions (such as foremen or general laborer) through Valley Garlic's contacts.

3.  X-Treme Ag and Camacho committed the violations identified in ¶¶ G and H above in connection with their work as a Farm Labor Contractor for

1    Defendant Valley Garlic.

2        J.    X-Treme Ag and Camacho agree to pay the Secretary of Labor a total amount of

3    $46,000.  In connection with this payment, the Settling Parties agree to the following:

4            1.   Within three days of the date of this Order, X-Treme Ag and Camacho will

5                 withdraw their notice of contest and hearing request for the civil money

6                 penalties assessed for the disclosed violations under MSPA in Case File No.

7                 1763990.  Based on the Parties' settlement, the Secretary will then assess civil

8                 money penalties at $41,098.41 for their MSPA violations, and X-Treme Ag

9                 and Camacho agree that this amount will constitute their debts and liabilities

10                for civil money penalties.

11           2.   X-Treme Ag and Camacho agree that their debts and liabilities for back wages

12                due under MSPA and the FLSA are $3,779.03 and their debts and liabilities

13                for liquidated damages are $1,122.56 under the FLSA, to the employees

14                named in the attached Exhibit A as a result of their employment by Settling

15                Defendants performing work for Defendant Valley Garlic, in the amounts set

16                forth therein.

17           3.   Within seven days of the date X-Treme Ag and Camacho make the above-

18                referenced payment, the Parties will file a stipulated dismissal with prejudice

19                of the Secretary's adversarial complaint in *Acosta v. Camacho*, Case No. 17-

20                01084-A (Bankr. E.D. Cal.).

21       K.    This Consent Judgment is directed only to Settling Defendants X-treme Ag and

22   Camacho.  The Secretary contends that Defendants Valley Garlic, Christian B. Marrione, and

23   David C. Anderson remain jointly and severally liable for all back wages and liquidated damages

24   found due to any employee.

25   **II.    <u>JUDGMENT</u>**

26       Therefore, upon motion of the attorneys for the Secretary, and for cause shown, **IT IS**

27   **HEREBY ORDERED, ADJUDGED, AND DECREED** that, pursuant to Section 17 of the

28

FLSA, 29 U.S.C. § 217, and Section 502 of MSPA, 29 U.S.C. § 1852, X-Treme Ag and Camacho, their officers, agents, servants, employees, successors and all persons in active concert or participation with them are permanently enjoined and restrained from operating as a Farm Labor Contractor, working as a Farm Labor Contractor Employee, or provide Farm Labor Contractor services pursuant to federal, state, or any other applicable law. Within three days of the date of this Order, X-Treme Ag and Camacho shall withdraw any pending application made on their behalf for any certificate or license specifically required to operate as a Farm Labor Contractor or work as a Farm Labor Contractor Employee, such as a Farm Labor Contractor or Farm Labor Contractor Employee Certificate of Registration.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that X-Treme Ag and Camacho, their officers, agents, servants, employees, successors and all persons in active concert or participation with them are permanently enjoined and restrained from violating MSPA and the FLSA in any of the following manners:

1.      X-Treme Ag and Camacho shall not, contrary to MSPA § 101(a), 29 U.S.C. § 1811(a), and 29 C.F.R. §§ 500.40 and 500.41 provide, or cause to be provided, transportation to migrant or seasonal agricultural workers without possessing a valid Certificate of Registration from the Secretary authorizing transportation services;

2.      X-Treme Ag and Camacho shall not, contrary to MSPA § 401(b)(1)(A)-(B), 29 U.S.C. §§ 1841(b)(1)(A)-(B), use or cause to be used vehicles for the transportation of migrant or seasonal agricultural workers while failing to (a) ensure that each driver providing transportation to migrant or seasonal agricultural workers has a valid and appropriate driver's license; or (b) ensure that motor vehicles used to transport migrant or seasonal agricultural workers conforms to MSPA's vehicle safety standards;

3.      X-Treme Ag and Camacho shall not, contrary to MSPA § 101(b), 29 U.S.C. § 1811(b), hire, use or employ any person to perform FLC activities (including recruiting, soliciting, hiring, and transporting migrant and seasonal agricultural workers) who does not possess a valid FLC or FLC employee Certificate of Registration from the Secretary authorizing

7

those FLC activities;

4.    X-Treme Ag and Camacho shall not, contrary to MSPA §§ 202(a) and 302(a), 29 U.S.C. §§ 1822(a) and 1832(a), fail to pay, when due, all wages owed to migrant and seasonal agricultural workers whom they employ;

5.    X-Treme Ag and Camacho shall not, contrary to MSPA §§ 201(d)(1) and 301(c)(1), 29 U.S.C. §§ 1821(d)(1) and 1831(c)(1), and 29 C.F.R. § 500.80 fail, with respect to each migrant and seasonal agricultural worker they employ, to make, keep and preserve records of the worker's payroll, address and social security information;

6.    X-Treme Ag and Camacho shall not, contrary to MSPA §§ 201(a) and (g), 29 U.S.C. §§ 1821(a) and (g) and 29 C.F.R. §§ 500.60(b), .75(b) and .78 fail to disclose to each migrant agricultural worker they recruit, hire or employ, in writing in a language common to the worker, at the time of recruitment, the terms and conditions of employment;

7.    X-Treme Ag and Camacho shall not, contrary to MSPA §§ 201(e) and 301(d), 29 U.S.C. §§ 1821(e) and 1831(d), and 29 C.F.R. § 500.60(a) fail to provide any agricultural employer for which they provide farm labor contracting services, copies of the payroll records required to be retained under MSPA §§ 201(d) and 301(c), 29 U.S.C. §§ 1821(d) and 1831(c);

8.    X-Treme Ag and Camacho shall not, contrary to Sections 6 and 15(a)(2) of the FLSA, 29 U.S.C. §§ 206 and 215(a)(2), employ any of their employees at rates less than the applicable federal minimum wage in workweeks when said employees are engaged in commerce or in the production of goods for commerce or are employed in an enterprise engaged in commerce or in the production of goods for commerce, within the meaning of the FLSA.

9.    X-Treme Ag and Camacho shall not fail to make, keep and preserve records of employees and of the wages, hours, and other conditions and practices of employment maintained, as required by Sections 11(c) and 15(a)(5) of the FLSA, 29 U.S.C. §§ 211(c) and 215(a)(5), and the implementing regulations found in 29 C.F.R. Part 516, and make such records available to authorized agents of the Secretary for inspection, transcription, and/or copying, upon their demand for such access.

10.     X-Treme Ag and Camacho shall not request, solicit, suggest, or coerce, directly, or indirectly, any employee to return or to offer to return to the Defendants or to someone else for the Defendants, any money in the form of cash, check, or any other form, for wages previously due or to become due in the future to said employee under the provisions of this judgment, MSPA or the FLSA; nor shall X-Treme Ag and Camacho accept, or receive from any employee, either directly or indirectly, any money in the form of cash, check, or any other form, for wages heretofore or hereafter paid to said employee under the provisions of this consent judgment, MSPA or the FLSA; nor shall X-Treme Ag and Camacho discharge or in any other manner discriminate, nor solicit or encourage anyone else to discriminate, against any such employee because such employee has received or retained money due to him from X-Treme Ag and Camacho under the provisions of this judgment, MSPA or the FLSA.

11.     X-Treme Ag and Camacho are jointly and severally liable for withholding payment of $3,779.03, which represents the back wages hereby found to be due for the covered periods under MSPA and the FLSA, to the employees named in the attached Exhibit A in the amounts set forth therein.

12.     **IT IS FURTHER ORDERED AND ADJUDGED** that X-Treme Ag and Camacho are jointly and severally liable for the aforementioned sum of $3,779.03 in back wages plus the additional sum of $1,122.56 as liquidated damages, to the Secretary pursuant to FLSA Section 16(c), 29 U.S.C. § 216(c), for the covered periods to the employees named in the attached Exhibit A in the amounts set forth therein.

13.     **IT IS FURTHER ORDERED** that X-Treme Ag and Camacho are jointly and severally liable to the Secretary in the amount of $41,098.41 for Civil Money Penalties assessed by the U.S. Department of Labor under 29 U.S.C. § 1853 for Settling Defendants' violations of MPSA and finally determined.

14.     **JUDGMENT IS HEREBY ENTERED** in the amount of $46,000 against X-Treme Ag and Camacho, jointly and severally, and in favor of the Plaintiff, Secretary of Labor.

15.     Within 15 days of the entry of this Consent Judgment, Settling Defendants shall

deliver to Assistant District Director Nora Pedraza, Wage and Hour Division, United States Department of Labor, 395 W. Spruce Ave., Suite 102, Clovis, CA 93611, a list containing the last known home address, social security number, email address, and telephone number (if known) for each person named in the attached Exhibit A, if known.

16. Within 30 days of the entry of this Consent Judgment, Settling Defendants shall deliver to Assistant District Director Nora Pedraza, Wage and Hour Division, United States Department of Labor, 395 W. Spruce Ave., Suite 102, Clovis, CA 93611, a certified or cashier's check for $41,098.41 payable to "Wage & Hour Div., Labor" with "X-Treme Ag / Camacho CMPs" on the memo line; and a separate certified or cashier's check for $4,901.59 payable to "Wage & Hour Div., Labor" with "X-Treme Ag / Camacho back wages and liquidated damages" on the memo line.

17. The Secretary shall allocate and distribute the back wages and liquidated damages to the persons named in the attached Exhibit A, or to their estates if necessary, in his sole discretion. The Secretary shall make the required legal deductions for the employee's portion of Social Security and federal income tax withholding, and remit these amounts to the appropriate government agencies. Any money not so paid within a period of three years from the date of its receipt, because of an inability to locate the proper persons or because of their refusal to accept it, shall be then deposited in the Treasury of the United States, as miscellaneous receipts, pursuant to 29 U.S.C. § 216(c).

18. The filing, pursuit, and/or resolution of this proceeding with the filing of this Consent Judgment shall not act as or be asserted as a bar to any action under Section 16(b) of the FLSA, 29 U.S.C. § 216(b), as to any employee not named on the attached Exhibit A, nor as to any employee named on Exhibit A for any period not specified therein, nor as to any employer other than Settling Defendants X-treme Ag or Camacho.

19. Each party shall bear all fees and other expenses (including court costs) and attorneys' fees that might be available under the Equal Access to Justice Act incurred by such party in connection with any stage of this proceeding to date.

20. Nothing in this Consent Judgment and Order is binding on any government agency other than the United States Department of Labor, Wage and Hour Division.

21. This Court shall retain jurisdiction of this action for purposes of enforcing compliance with the terms of the Consent Decree.

IT IS SO ORDERED.

Dated: ___February 9, 2018___          _____

                                          SENIOR  DISTRICT  JUDGE

| Name | Period Covered by Work Week Ending Dates | Act(s) | BWs Due | LDs Due | Total Due |
|---|---|---|---|---|---|
| 1. Africa, Jesus | 06/27/2015 to 07/04/2015 | MSPA | $10.00 | | $10.00 |
| 2. Ahuejote, Javier | 06/27/2015 to 07/04/2015 | MSPA | $11.88 | | $11.88 |
| 3. Angeles, Jorge C | 06/27/2015 to 07/04/2015 | MSPA | $37.68 | | $37.68 |
| 4. Angeles, Juan | 06/27/2015 to 07/04/2015 | MSPA | $2.97 | | $2.97 |
| 5. Antonio, Juana | 06/20/2015 to 07/04/2015 | MSPA | $36.34 | | $36.34 |
| 6. Arguello, Brandy | 06/27/2015 to 07/04/2015 | MSPA | $2.97 | | $2.97 |
| 7. Avila, Celia | 06/20/2015 to 06/27/2015 | MSPA | $5.94 | | $5.94 |
| 8. Ayala, Jose Jesus | 06/27/2015 to 07/04/2015 | MSPA | $2.97 | | $2.97 |
| 9. Ayala, Maria | 6/20/2015 to 06/27/2015 | FLSA  MSPA | $32.31  $10.44 | $32.31 | $75.06 |
| 10. Banos, Caritina | 06/27/2015 to 07/04/2015 | FLSA  MSPA | $16.20  $11.31 | $16.20 | $43.71 |
| 11. Barranca, David | 06/27/2015 to 07/04/2015 | MSPA | $2.97 | | $2.97 |
| 12. Barranco, Gregoria | 06/27/2015 to 07/04/2015 | MSPA | $2.97 | | $2.97 |
| 13. Barron, Aida | 06/27/2015 to 07/04/2015 | MSPA | $5.94 | | $5.94 |
| 14. Barron, Eufemia | 06/27/2015 to 07/04/2015 | MSPA | $14.03 | | $14.03 |
| 15. Beltran, Krystal | 05/30/2015 to 06/06/2015 | MSPA | $8.58 | | $8.58 |
| 16. Berdejo, Antonia | 05/30/2015 to 06/13/2015 | MSPA | $16.00 | | $16.00 |
| 17. Brown, Cornell | 06/20/2015 to 06/27/2015 | MSPA | $20.00 | | $20.00 |
| 18. Calis, Julio | 06/27/2015 to 07/04/2015 | MSPA | $5.94 | | $5.94 |
| 19. Carrasco, Cipriano | 06/27/2015 to 07/04/2015 | MSPA | $5.94 | | $5.94 |

| Name | Period Covered by Work Week Ending Dates | Act(s) | BWs Due | LDs Due | Total Due |
|---|---|---|---|---|---|
| 20. Carrasco, Exzai | 06/27/2015 to 07/04/2015 | MSPA | $11.88 | | $11.88 |
| 21. Carrasco, Gonzalo | 06/27/2015 to 07/04/2015 | MSPA | $5.94 | | $5.94 |
| 22. Carrasco, Jorge | 06/20/2015 to 06/27/2015 | MSPA | $5.94 | | $5.94 |
| 23. Carrasco, Norma | 06/27/2015 to 07/04/2015 | MSPA | $11.88 | | $11.88 |
| 24. Carrasco, Odalinda | 06/27/2015 to 07/04/2015 | MSPA | $5.94 | | $5.94 |
| 25. Carrasco, Soledad | 06/20/2015 to 06/27/2015 | MSPA | $5.94 | | $5.94 |
| 26. Castaneda, Dawin | 06/27/2015 to 07/04/2015 | MSPA | $2.97 | | $2.97 |
| 27. Castillo, Rosa | 6/27/2015 to 07/04/2015 | FLSA | $5.88 | $5.88 | $21.32 |
| | | MSPA | $9.56 | | |
| 28. Castr Leon, Francisco | 06/20/2015 to 06/27/2015 | MSPA | $2.97 | | $2.97 |
| 29. Castro, Andres | 6/20/2015 to 07/04/2015 | FLSA | $10.93 | $10.93 | $32.30 |
| | | MSPA | $10.44 | | |
| 30. Castro, Juan | 06/20/2015 to 06/27/2015 | MSPA | $2.97 | | $2.97 |
| 31. Castro, Prisco | 06/20/2015 to 06/27/2015 | MSPA | $2.97 | | $2.97 |
| 32. Castro, Rosalino | 06/20/2015 to 06/27/2015 | MSPA | $2.97 | | $2.97 |
| 33. Castro, Vicenta | 06/27/2015 to 06/27/2015 | MSPA | $2.97 | | $2.97 |
| 34. Castro Leon, Francisco | 06/27/2015 to 07/04/2015 | MSPA | $2.97 | | $2.97 |
| 35. Ceja, Maricela | 06/20/2015 to 06/27/2015 | MSPA | $20.00 | | $20.00 |
| 36. Cejia, Jose | 06/27/2015 to 06/27/2015 | MSPA | $10.00 | | $10.00 |
| 37. Chavez, Juan M. | 06/27/2015 to 06/27/2015 | MSPA | $10.00 | | $10.00 |
| 38. Chavez, Victor | 06/27/2015 to 07/04/2015 | MSPA | $2.97 | | $2.97 |
| 39. Cirilo, Alberto | 06/27/2015 to 07/04/2015 | MSPA | $2.97 | | $2.97 |

13

| Name | Period Covered by Work Week Ending Dates | Act(s) | BWs Due | LDs Due | Total Due |
|---|---|---|---|---|---|
| 40. Cirilo, Amador | 06/27/2015 to 07/04/2015 | MSPA | $11.88 | | $11.88 |
| 41. Cirilo, Andres | 5/30/2015 to 07/04/2015 | FLSA | $11.93 | $11.93 | $46.18 |
| | | MSPA | $22.32 | | |
| 42. Cirilo, Armando | 06/27/2015 to 07/04/2015 | MSPA | $4.55 | | $4.55 |
| 43. Cirilo, Paul | 06/20/2015 to 06/27/2015 | MSPA | $2.97 | | $2.97 |
| 44. Colon, Hector | 06/27/2015 to 07/04/2015 | MSPA | $8.91 | | $8.91 |
| 45. Cortez, Jose | 06/20/2015 to 06/27/2015 | MSPA | $40.00 | | $40.00 |
| 46. Cortez, Omar | 06/20/2015 to 06/27/2015 | MSPA | $40.00 | | $40.00 |
| 47. Cruz, Alejandro | 05/30/2015 to 06/06/2015 | MSPA | $5.94 | | $5.94 |
| 48. Cruz, Fidel | 06/27/2015 to 07/04/2015 | MSPA | $2.97 | | $2.97 |
| 49. Cruz, Juan | 06/27/2015 to 07/04/2015 | MSPA | $14.85 | | $14.85 |
| 50. Cuahutenango, Javier | 06/27/2015 to 07/04/2015 | MSPA | $4.55 | | $4.55 |
| 51. Cuahutenango, Roman | 06/20/2015 to 06/27/2015 | MSPA | $16.81 | | $16.81 |
| 52. Damian, Alfonso | 06/20/2015 to 06/27/2015 | MSPA | $8.91 | | $8.91 |
| 53. Damian, Renato | 06/20/2015 to 06/27/2015 | MSPA | $11.88 | | $11.88 |
| 54. De La Cruz, Fermin | 06/20/2015 to 06/27/2015 | MSPA | $11.88 | | $11.88 |
| 55. Del Rocio, Maria | 06/27/2015 to 07/04/2015 | MSPA | $2.97 | | $2.97 |
| 56. Dimas, Maria | 06/27/2015 to 07/04/2015 | MSPA | $2.97 | | $2.97 |
| 57. Espinoza, Angelo | 06/20/2015 to 06/27/2015 | MSPA | $40.00 | | $40.00 |
| 58. Flores, Victorina | 06/20/2015 to 06/27/2015 | MSPA | $2.97 | | $2.97 |
| 59. Franco, Enrique | 06/20/2015 to 06/20/2015 | MSPA | $115.50 | | $115.50 |

14

| Name | Period Covered by Work Week Ending Dates | Act(s) | BWs Due | LDs Due | Total Due |
|---|---|---|---|---|---|
| 60. Gallardo, Jesus C. | 06/20/2015 to 06/27/2015 | MSPA | $11.88 | | $11.88 |
| 61. Galvan, Daniel | 06/27/2015 to 07/04/2015 | MSPA | $5.94 | | $5.94 |
| 62. Garcia, Basilides | 06/27/2015 to 07/04/2015 | MSPA | $11.88 | | $11.88 |
| 63. Garcida Leon, Brigida | 6/20/2015 to 06/27/2015 | FLSA<br>MSPA | $51.37<br>$65.50 | $51.37 | $168.24 |
| 64. Gatica, Benito | 06/27/2015 to 07/04/2015 | MSPA | $5.94 | | $5.94 |
| 65. Gatica, Gildardo | 06/27/2015 to 07/04/2015 | MSPA | $11.88 | | $11.88 |
| 66. Gatica, Gustavo | 06/06/2015 to 06/13/2015 | MSPA | $11.88 | | $11.88 |
| 67. Gomez, Marcelina | 6/20/2015 to 07/04/2015 | FLSA<br>MSPA | $12.03<br>$48.41 | $12.03 | $72.47 |
| 68. Gomez, Silvia | 06/06/2015 to 06/13/2015 | MSPA | $2.97 | | $2.97 |
| 69. Gonzaga, Miguel | 06/27/2015 to 07/04/2015 | MSPA | $45.32 | | $45.32 |
| 70. Gonzales- Ambriz, Jose | 06/20/2015 to 07/04/2015 | MSPA | $10.00 | | $10.00 |
| 71. Gonzalez, Amador Alaniz | 6/20/2015 to 07/04/2015 | FLSA<br>MSPA | $6.30<br>$48.41 | $6.30 | $61.01 |
| 72. Gonzalez, Aurelio A. | 06/20/2015 to 07/04/2015 | MSPA | $2.97 | | $2.97 |
| 73. Gonzalez, Delfino | 06/27/2015 to 07/04/2015 | MSPA | $2.97 | | $2.97 |
| 74. Gonzalez Manriquez, Felipe | 6/13/2015 to 07/04/2015 | FLSA<br>MSPA | $22.54<br>$16.11 | $22.54 | $61.19 |
| 75. Gonzalez Vasquez, Daniel | 06/27/2015 to 07/04/2015 | MSPA | $4.55 | | $4.55 |
| 76. Gracida, Andres | 06/27/2015 to 07/04/2015 | MSPA | $5.94 | | $5.94 |
| 77. Gracida, Rogelio | 06/20/2015 to 06/27/2015 | MSPA | $5.94 | | $5.94 |
| 78. Guzman, Aberardo | 06/13/2015 to 06/20/2015 | MSPA | $2.97 | | $2.97 |

15

| Name | Period Covered by Work Week Ending Dates | Act(s) | BWs Due | LDs Due | Total Due |
|---|---|---|---|---|---|
| 79. Guzman, Antonia | 06/20/2015 to 06/27/2015 | MSPA | $2.97 | | $2.97 |
| 80. Guzman, Arnulfo | 06/27/2015 to 07/04/2015 | MSPA | $2.97 | | $2.97 |
| 81. Guzman, Matilde V | 6/20/2015 to 06/27/2015 | FLSA | $187.21 | $187.21 | $462.67 |
| | | MSPA | $88.25 | | |
| 82. Guzman, Miguel | 06/20/2015 to 06/27/2015 | MSPA | $5.94 | | $5.94 |
| 83. Guzman, Sergio | 6/20/2015 to 06/27/2015 | FLSA | $31.64 | $31.64 | $73.72 |
| | | MSPA | $10.44 | | |
| 84. Guzman, Teresa | 6/20/2015 to 06/27/2015 | FLSA | $187.21 | $187.21 | $462.67 |
| | | MSPA | $88.25 | | |
| 85. Guzman, Uriel | 06/27/2015 to 07/04/2015 | MSPA | $2.97 | | $2.97 |
| 86. Hernandez, Carlos | 06/27/2015 to 07/04/2015 | MSPA | $5.94 | | $5.94 |
| 87. Hernandez, Cirilo | 06/27/2015 to 07/04/2015 | MSPA | $8.91 | | $8.91 |
| 88. Hernandez, Genaro | 06/20/2015 to 06/27/2015 | MSPA | $11.88 | | $11.88 |
| 89. Hernandez, Gilberto | 06/27/2015 to 07/04/2015 | MSPA | $11.88 | | $11.88 |
| 90. Hernandez, Hugo | 06/27/2015 to 07/04/2015 | MSPA | $5.94 | | $5.94 |
| 91. Hernandez, Jaun | 06/27/2015 to 06/13/2015 | MSPA | $11.88 | | $11.88 |
| 92. Hernandez, Jesus | 06/20/2015 to 06/27/2015 | MSPA | $2.97 | | $2.97 |
| 93. Hernandez, Juan | 6/27/2015 to 07/04/2015 | FLSA | $11.95 | $11.95 | $54.46 |
| | | MSPA | $30.56 | | |
| 94. Hernandez, Laura | 06/20/2015 to 06/27/2015 | MSPA | $2.97 | | $2.97 |
| 95. Hernandez, Manuel | 06/27/2015 to 07/04/2015 | MSPA | $11.88 | | $11.88 |
| 96. Hernandez, Marcisco | 06/27/2015 to 07/04/2015 | MSPA | $8.91 | | $8.91 |
| 97. Hernandez, Margarita | 06/27/2015 to 07/04/2015 | MSPA | $2.97 | | $2.97 |

16

| Name | Period Covered by Work Week Ending Dates | Act(s) | BWs Due | LDs Due | Total Due |
|---|---|---|---|---|---|
| 98. Hernandez, Mario | 06/27/2015 to 07/04/2015 | MSPA | $8.91 | | $8.91 |
| 99. Hernandez, Petra | 06/27/2015 to 07/04/2015 | MSPA | $5.94 | | $5.94 |
| 100. Hernandez, Zenon | 06/27/2015 to 07/04/2015 | MSPA | $37.42 | | $37.42 |
| 101. Hernandez Jimenez, Eloy | 06/20/2015 to 06/27/2015 | MSPA | $40.00 | | $40.00 |
| 102. Herrera, Espen | 6/27/2015 to 07/04/2015 | FLSA | $15.37 | $15.37 | $40.30 |
| | | MSPA | $9.56 | | |
| 103. Juarez, Isabel | 06/06/2015 to 06/13/2015 | MSPA | $2.97 | | $2.97 |
| 104. Juarez, Saturnina | 06/27/2015 to 07/04/2015 | MSPA | $2.97 | | $2.97 |
| 105. Leon, Irene | 06/27/2015 to 07/04/2015 | MSPA | $2.97 | | $2.97 |
| 106. Leon, Juana B. Nasario | 06/20/2015 to 06/27/2015 | MSPA | $5.94 | | $5.94 |
| 107. Leon, Micaelo | 06/20/2015 to 06/27/2015 | MSPA | $5.94 | | $5.94 |
| 108. Leon, Nestor Nasario | 06/27/2015 to 07/04/2015 | MSPA | $5.94 | | $5.94 |
| 109. Leon- Trujano, Ismael | 06/27/2015 to 07/04/2015 | MSPA | $5.94 | | $5.94 |
| 110. Lopez, Domingo | 06/06/2015 to 06/13/2015 | MSPA | $5.94 | | $5.94 |
| 111. Lopez, Geronimo | 6/20/2015 to 07/04/2015 | FLSA | $23.45 | $23.45 | $106.26 |
| | | MSPA | $59.36 | | |
| 112. Lopez, Hermilo | 6/27/2015 to 07/04/2015 | FLSA | $27.37 | $27.37 | $100.18 |
| | | MSPA | $45.44 | | |
| 113. Lopez, Juana | 6/20/2015 to 06/27/2015 | FLSA | $20.94 | $20.94 | $52.32 |
| | | MSPA | $10.44 | | |
| 114. Lopez, Julia | 06/27/2015 to 07/04/2015 | MSPA | $2.97 | | $2.97 |
| 115. Lopez, Moises | 06/27/2015 to 07/04/2015 | MSPA | $5.94 | | $5.94 |
| 116. Lopez, Victoria | 06/20/2015 to 06/27/2015 | FLSA | $26.62 | $26.62 | $63.68 |
| | | MSPA | $10.44 | | |

| Name | Period Covered by Work Week Ending Dates | Act(s) | BWs Due | LDs Due | Total Due |
|---|---|---|---|---|---|
| 117. Maldonado, Elvira | 5/30/2015 to 06/27/2015 | FLSA<br>MSPA | $63.48<br>$75.44 | $63.48 | $202.40 |
| 118. Manriquez, Ana Yazmin T. | 06/20/2015 to 06/27/2015 | MSPA | $8.91 | | $8.91 |
| 119. Manriquez, Ismael | 6/20/2015 to 07/04/2015 | FLSA<br>MSPA | $51.70<br>$32.85 | $51.70 | $136.25 |
| 120. Marcias, Jesus | 06/06/2015 to 06/13/2015 | MSPA | $2.97 | | $2.97 |
| 121. Mares, Jose | 6/27/2015 to 07/04/2015 | FLSA<br>MSPA | $3.14<br>$38.44 | $3.14 | $44.72 |
| 122. Martinez, Abelardo | 06/06/2015 to 06/13/2015 | MSPA | $2.97 | | $2.97 |
| 123. Martinez, Martin | 06/27/2015 to 07/04/2015 | MSPA | $2.97 | | $2.97 |
| 124. Martinez, Miguel Roberto | 06/06/2015 to 06/13/2015 | MSPA | $2.97 | | $2.97 |
| 125. Martinez, Ramiro | 06/27/2015 to 07/04/2015 | MSPA | $2.97 | | $2.97 |
| 126. Martinez, Santos | 06/13/2015 to 06/20/2015 | MSPA | $5.94 | | $5.94 |
| 127. Martinez, Victor | 06/20/2015 to 06/27/2015 | MSPA | $5.94 | | $5.94 |
| 128. Mejia, Miguel | 06/27/2015 to 07/04/2015 | MSPA | $8.91 | | $8.91 |
| 129. Mendez, Jesus | 06/27/2015 to 07/04/2015 | MSPA | $11.88 | | $11.88 |
| 130. Mendez, Victor | 06/06/2015 to 06/13/2015 | MSPA | $11.88 | | $11.88 |
| 131. Mendoza, Alvaro | 06/27/2015 to 07/04/2015 | MSPA | $2.97 | | $2.97 |
| 132. Mendoza, Aurelia | 06/27/2015 to 07/04/2015 | MSPA | $2.97 | | $2.97 |
| 133. Mendoza, Fidencio | 6/27/2015 to 07/04/2015 | FLSA<br>MSPA | $56.19<br>$59.37 | $56.19 | $171.75 |
| 134. Mendoza, Juan | 06/27/2015 to 07/04/2015 | MSPA | $2.97 | | $2.97 |
| 135. Mendoza, Marcelino | 06/27/2015 to 07/04/2015 | MSPA | $5.94 | | $5.94 |

| Name | Period Covered by Work Week Ending Dates | Act(s) | BWs Due | LDs Due | Total Due |
|---|---|---|---|---|---|
| 136. Morales, Catalina | 06/13/2015 to 06/20/2015 | MSPA | $5.94 | | $5.94 |
| 137. Morales, Manuel | 06/06/2015 to 06/13/2015 | MSPA | $5.94 | | $5.94 |
| 138. Morales, Mateo | 06/27/2015 to 07/04/2015 | MSPA | $2.97 | | $2.97 |
| 139. Nasario, Nestor | 06/27/2015 to 07/04/2015 | MSPA | $2.97 | | $2.97 |
| 140. Ortigoza, Leonardo | 06/20/2015 to 06/27/2015 | MSPA | $5.94 | | $5.94 |
| 141. Ortiz, Israel | 06/27/2015 to 07/04/2015 | MSPA | $14.85 | | $14.85 |
| 142. Ortiz, Telesforo | 6/27/2015 to 07/04/2015 | FLSA MSPA | $8.46 $11.31 | $8.46 | $28.23 |
| 143. Pascual, Erika | 06/20/2015 to 06/27/2015 | MSPA | $4.55 | | $4.55 |
| 144. Perez, Josefina | 6/27/2015 to 07/04/2015 | FLSA MSPA | $14.27 $11.31 | $14.27 | $39.85 |
| 145. Pimentel, Maria | 5/30/2015 to 07/04/2015 | FLSA MSPA | $12.29 $58.81 | $12.29 | $83.39 |
| 146. Pinula, Carlos | 06/20/2015 to 06/27/2015 | MSPA | $5.94 | | $5.94 |
| 147. Quiroz, Carlos C. | 06/06/2015 to 06/13/2015 | MSPA | $14.85 | | $14.85 |
| 148. Quiroz, Creceniano | 6/20/2015 to 06/27/2015 | FLSA MSPA | $2.68 $38.19 | $2.68 | $43.55 |
| 149. Quiroz, Seberino | 06/20/2015 to 06/27/2015 | MSPA | $2.97 | | $2.97 |
| 150. Quiroz Cruz, Fidel | 5/30/2015 to 07/04/2015 | FLSA MSPA | $94.92 $87.62 | $94.92 | $277.46 |
| 151. Ramirez, Argenes | 06/27/2015 to 07/04/2015 | MSPA | $2.97 | | $2.97 |
| 152. Ramirez, Arjeniz | 06/27/2015 to 07/04/2015 | MSPA | $2.97 | | $2.97 |
| 153. Ramirez, Bulmaro | 06/27/2015 to 07/04/2015 | MSPA | $5.94 | | $5.94 |

| Name | Period Covered by Work Week Ending Dates | Act(s) | BWs Due | LDs Due | Total Due |
|---|---|---|---|---|---|
| 154. Ramirez, Fabiola | 06/27/2015 to 06/27/2015 | MSPA | $5.94 | | $5.94 |
| 155. Ramirez, Pedro | 06/27/2015 to 07/04/2015 | MSPA | $14.85 | | $14.85 |
| 156. Ramirez, Yzahu | 06/20/2015 to 06/27/2015 | MSPA | $14.85 | | $14.85 |
| 157. Ramirez Martinez, Vicente | 06/27/2015 to 7/4/2015 | MSPA | $37.42 | | $37.42 |
| 158. Reyes Santiago, Pedro | 06/27/2015 to 07/04/2015 | MSPA | $24.25 | | $24.25 |
| 159. Rincon, Ana Berta | 6/27/2015 to 07/04/2015 | FLSA | $14.37 | $14.37 | $38.30 |
| | | MSPA | $9.56 | | |
| 160. Rodriquez, Ulises | 06/20/2015 to 06/27/2015 | MSPA | $20.00 | | $20.00 |
| 161. Rojas, Noe | 06/27/2015 to 07/04/2015 | MSPA | $11.88 | | $11.88 |
| 162. Rosales Torres, Efrain | 06/20/2015 to 06/27/2015 | MSPA | $2.97 | | $2.97 |
| 163. Ruiz, Carmen | 6/27/2015 to 07/04/2015 | FLSA | $4.29 | $4.29 | $47.02 |
| | | MSPA | $38.44 | | |
| 164. Ruiz, Rufino | 06/13/2015 to 06/27/2015 | MSPA | $11.88 | | $11.88 |
| 165. Ruiz Quiroz, Rufino | 06/27/2015 to 07/04/2015 | MSPA | $2.97 | | $2.97 |
| 166. Sanchez, Lidia | 6/27/2015 to 07/04/2015 | FLSA | $13.47 | $13.47 | $36.50 |
| | | MSPA | $9.56 | | |
| 167. Santiago, Isabel | 6/27/2015 to 07/04/2015 | FLSA | $33.01 | $33.01 | $88.71 |
| | | MSPA | $22.69 | | |
| 168. Santiago, Rosalva | 6/27/2015 to 07/04/2015 | FLSA | $14.27 | $14.27 | $39.85 |
| | | MSPA | $11.31 | | |
| 169. Soto, Guillermo | 6/27/2015 to 07/04/2015 | FLSA | $13.52 | $13.52 | $44.48 |
| | | MSPA | $17.44 | | |
| 170. Talabera, San Juana | 06/27/2015 to 07/04/2015 | MSPA | $9.11 | | $9.11 |
| 171. Tapia, Cesar | 06/20/2015 to 07/04/2015 | MSPA | $8.06 | | $8.06 |

| Name | Period Covered by Work Week Ending Dates | Act(s) | BWs Due | LDs Due | Total Due |
|---|---|---|---|---|---|
| 172. Torres, Francisco | 06/20/2015 to 06/27/2015 | MSPA | $30.00 | | $30.00 |
| 173. Torrez, Mario | 06/27/2015 to 06/27/2015 | MSPA | $10.00 | | $10.00 |
| 174. Tranquilino, Asencion | 06/27/2015 to 07/04/2015 | MSPA | $2.97 | | $2.97 |
| 175. Tranquilino, Pablo | 06/20/2015 to 06/27/2015 | MSPA | $2.97 | | $2.97 |
| 176. Tranquilino, Tomasa | 06/20/2015 to 06/27/2015 | MSPA | $2.97 | | $2.97 |
| 177. Vasquez, Adriana | 06/27/2015 to 07/04/2015 | MSPA | $8.64 | | $8.64 |
| 178. Vasquez, Altagarcia | 06/27/2015 to 07/04/2015 | MSPA | $35.29 | | $35.29 |
| 179. Vasquez, Alvina | 06/27/2015 to 07/04/2015 | MSPA | $2.97 | | $2.97 |
| 180. Vasquez, Irma | 6/27/2015 to 07/04/2015 | FLSA MSPA | $5.88 $9.56 | $5.88 | $21.32 |
| 181. Vasquez, Jose Miguel | 06/27/2015 to 07/04/2015 | MSPA | $2.97 | | $2.97 |
| 182. Vasquez, Juana | 06/27/2015 to 07/04/2015 | MSPA | $2.97 | | $2.97 |
| 183. Vasquez, Margarita | 06/27/2015 to 07/04/2015 | MSPA | $2.97 | | $2.97 |
| 184. Vasquez, Miguel F. | 06/20/2015 to 06/27/2015 | MSPA | $2.97 | | $2.97 |
| 185. Vasquez, Sergio | 06/20/2015 to 06/27/2015 | MSPA | $2.97 | | $2.97 |
| 186. Ventura, Eliazar | 06/20/2015 to 06/27/2015 | MSPA | $11.88 | | $11.88 |
| 187. Ventura, Victor | 06/27/2015 to 07/04/2015 | MSPA | $2.97 | | $2.97 |
| 188. Zaragoza, Olga Yolanda | 06/27/2015 to 07/04/2015 | MSPA | $2.97 | | $2.97 |
| 189. Zeferino, Francisco | 06/27/2015 to 07/04/2015 | MSPA | $21.08 | | $21.08 |
| 190. Zuniga, Edwin | 6/27/2015 to 07/04/2015 | FLSA MSPA | $15.37 $11.95 | $15.37 | $42.69 |
| **TOTAL** | | | | | **$4,901.59** |