1  JANET M. HEROLD
   Regional Solicitor
2  MARC A. PILOTIN (CSBN 266369)
   Counsel for Wage and Hour Litigation
3  JESSICA M. FLORES (CSBN 294060)
   Trial Attorney
4  UNITED STATES DEPARTMENT OF LABOR
   Office of the Solicitor
5  90 Seventh Street, Suite 3-700
   San Francisco, CA 94103
6  Telephone (415) 625-7748
   Fax (415) 625-7772
7  Flores.Jessica@

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| R. ALEXANDER ACOSTA, Secretary of Labor, United States Department of Labor,<br><br>Plaintiffs,<br><br>v.<br><br>VALLEY GARLIC, INC., dba SEQUOIA PACKING CO., a California corporation; CHRISTIAN BARRERE MARRIONE, an individual; DAVID CLARK ANDERSON, an individual; X-TREME AG LABOR, INC., a California corporation; ISABELLA ALVAREZ CAMACHO, an individual; OFELIA RAMIREZ MORALES, an individual; and CESAR NERI, an individual,<br><br>Defendants. | Case No. 1:16-cv-01156-AWI-EPG<br><br>**STIPULATION AND ORDER CONTINUING FURTHER SETTLEMENT CONFERENCE** |

1     WHEREAS, a further settlement conference is scheduled for March 19, 2018 at 2:30 p.m.
2 (Dkt. 93);
3     WHEREAS, the parties are continuing to make progress but require additional time to
4 ensure a further settlement conference is productive; and
5     WHEREAS, the parties are available to attend a further settlement conference on March
6 28, 2018.
7     THEREFORE, THE PARTIES STIPULATE AND RESPECTFULLY REQUEST that
8 the Court continue the further settlement conference scheduled for March 19, 2018 at 2:30 p.m.
9 to March 28, 2018 at 1:30 p.m.

**IT IS SO STIPULATED.**

Respectfully submitted,

Date: March 19, 2018

KATE S. O'SCANNLAIN
Solicitor of Labor

JANET M. HEROLD
Regional Solicitor

*/s/ Marc A. Pilotin*
MARC A. PILOTIN
Counsel for Wage and Hour Litigation

JESSICA M. FLORES
Trial Attorney

*Attorneys for Plaintiff*

Date: March 19, 2018

*/s/ Patrick S. Moody*
PATRICK S. MOODY
Barsamian & Moody

*Attorney for Defendant Valley Garlic, Inc.; Christian Marrione; and David Anderson*

///

///

///

# **ORDER**

Pursuant to the parties' stipulation, the settlement conference scheduled for March 19, 2018, at 2:30 p.m. is continued to March 28, 2018, at 1:30 p.m.  If the parties arrive at a settlement before March 28, 2018, the parties shall file their notice of settlement on the docket.

IT IS SO ORDERED.

Dated: __**March 19, 2018**__                    ___/s/ *Sheila K. Oberto*___
                                         UNITED STATES MAGISTRATE JUDGE